**LAURA H. WHITE**
*Admitted to the Practice of Law*
*in Maine and Massachusetts*
*lwhite@whiteandquinlan.com*

**DANIELLE M. QUINLAN**
*Admitted to the Practice*
*of Law in Maine*
*dquinlan@whiteandquinlan.com*



**WHITE + QUINLAN**
*Attorneys. Advocates.*

September 22, 2025

***VIA FEDEX***

Ms. Gina Ortiz, Case Manager
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Nicole Tosi v. Williams-Sonoma, Inc.,* Case No. 22-cv-4162-WFK-VMS

Dear Ms. Ortiz:

On behalf of Plaintiff Nicole Tosi, please find the enclosed courtesy copies of motion papers related to Plaintiff's Memorandum of Law in Support of Additional Opposition to Summary Judgment (ECF No. 71); Plaintiff's Second ASMF (ECF No. 71-1); Second Declaration of Laura H. White (ECF No. 71-2); Exhibit 14 to Second White Declaration (ECF No. 71-3); Exhibit 15 to Second White Declaration (ECF No. 71-4); Exhibit 16 to Second White Declaration (ECF No. 71-5); Exhibit 17 to Second White Declaration (ECF No. 71-6); Defendant's Memorandum of Law in Response to Plaintiff's Additional Opposition (ECF No. 72); Defendant's Response to Plaintiff's Second ASMF (ECF No. 72-1); and Plaintiff's Reply Memorandum (ECF No 73).

Thank you for the Court's attention to this case.

Very truly yours,

*/s/ Laura H. White*

Laura H. White
*lwhite@whiteandquinlan.com*

cc: All counsel of record (via ECF)
Hon. Magistrate Judge Vera M. Scanlon (letter only via U.S. Mail)