UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

NICOLE TOSI,

               Plaintiff,

    v.

WILLIAMS-SONOMA, INC.,

               Defendant.

------------------------------------------------------------------X

**ORDER**
22-CV-04162 (WFK)

**WILLIAM F. KUNTZ, II, United States District Judge:**

In light of an unanticipated conflict in the Court's calendar, the Court RESCHEDULES

the one-week trial in the above-captioned action to begin on Monday, September 28, 2026, at

9:30 A.M. The Court ORDERS the parties to submit a joint pretrial order on ECF on or before

Friday, August 28, 2026, at 5:00 P.M. The parties' exhibits and filings must comply with the

individual motion practices and rules of the Honorable William F. Kuntz, II; the local rules of the

Eastern District of New York; and the Federal Rules of Civil Procedure.

                                      **SO ORDERED.**

                                      **s/WFK**

                                HON. WILLIAM F. KUNTZ, II
                                UNITED STATES DISTRICT JUDGE

Dated: February 2, 2026
       Brooklyn, New York