**Sheppard**Mullin

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

212.634.3059 direct
bmurphy@sheppardmullin.com

May 8, 2026

<u>VIA ECF</u>

The Honorable William F. Kuntz, II
United States District Judge
U.S.D.C. Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     *Tosi v. Williams-Sonoma, Inc.*, No. 22-CV-4162-WFK-VMS

Dear Judge Kuntz:

We represent Williams-Sonoma, Inc. ("WSI") in the above-referenced matter. We write in connection with WSI's pending and fully-briefed Motion for Summary Judgment (the "Motion") in light of the currently scheduled September 28, 2026 trial date.

WSI's Motion was originally fully-briefed as of April 1, 2024. (ECF Nos. 51-53). The two primary arguments advanced by WSI on the Motion are: (i) the untimeliness of Plaintiff's claims; and (ii) Plaintiff's lack of standing and/or the absence of subject matter jurisdiction concerning her claims. Thereafter, the Court granted Plaintiff's request to supplement the summary judgment record and allowed additional briefing, (ECF Nos. 56, 65), which concluded on September 19, 2025, (ECF Nos. 71-73).

Trial in this matter was originally scheduled for November 17, 2025. (ECF No. 65). On September 2, 2025, WSI requested an adjournment of the trial date because of the pending Motion and the jurisdictional concerns it raised, which the Court granted. (ECF No. 68). The Court initially adjourned the trial to May 11, 2026, but adjourned it further to the current date because of a scheduling conflict. (ECF No. 75).

WSI writes to respectfully request a ruling on the Motion at the Court's earliest convenience. WSI is concerned about preparing for and otherwise proceeding to trial in a matter in which it believes the Court lacks subject matter jurisdiction.

We recognize the Court is extraordinarily busy, and appreciate the Court's consideration of this request. We remain available to the Court should it have any questions.

Respectfully submitted,

/s/ Brian D. Murphy

Brian D. Murphy
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

cc:     All Counsel of Record
SMRH:4924-7301-4440.1