**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

212.634.3059 direct
bmurphy@sheppardmullin.com

May 29, 2026

**VIA ECF**

Hon. Vera M. Scanlon
Chief Magistrate Judge
U.S.D.C. Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     *Tosi v. Williams-Sonoma, Inc.*, No. 22-CV-4162-WFK-VMS

Dear Judge Scanlon:

We represent Williams-Sonoma, Inc. ("WSI") in the above-referenced matter.  We submit this letter jointly with Counsel to Plaintiff Nicole Tosi ("Plaintiff") in response to the Court's May 4, 2026 Order requesting the Parties' position on a referral to mediation or a settlement conference.

WSI's Position: WSI is willing to participate in mediation provided the September 28 2026 trial is adjourned.  WSI is concerned that participation in mediation without an adjournment of the trial date will pause the Court's consideration of its Motion for Summary Judgment (the "Motion"), which has been fully-briefed since September 19, 2025.  As noted in prior correspondence, the bulk of WSI's Motion concerns arguments based on the expiration of the statute of limitations and Plaintiff's lack of standing and/or the absence of subject matter jurisdiction.  The Court's determination on the Motion may materially impact the scope of any trial.

Plaintiff's Position: Plaintiff is amendable to attending mediation prior to September 2026.  Because this case has been pending since 2022, Plaintiff does not agree to any further extension of the trial date.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/ Brian D. Murphy

Brian D. Murphy
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

cc:     All Counsel of Record

SMRH:4937-3792-7599.1