**Sheppard**

July 27, 2026

Brian Murphy
+1.212.634.3059
bmurphy@sheppard.com

**VIA ECF**

The Honorable William F. Kuntz, II
United States District Judge
U.S.D.C. Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Tosi v. Williams-Sonoma, Inc.*, No. 22-CV-4162-WFK-VMS

Dear Judge Kuntz:

We represent Williams-Sonoma, Inc. ("WSI") in the above-referenced matter. We respectfully write to remind the Court of WSI's pending and fully-briefed Motion for Summary Judgment (the "Motion") given: (i) the impending September 28, 2026 trial date; and (ii) the underlying bases for the Motion concerning the untimeliness of Plaintiff's claims and Plaintiff's lack of standing and/or the absence of subject matter jurisdiction, which may render trial unnecessary.

As the Court is aware, the Motion was originally fully-briefed as of April 1, 2024. (ECF Nos. 51-53). Thereafter, the Court granted Plaintiff's request to supplement the summary judgment record and allowed additional briefing, (ECF Nos. 56, 65), which concluded on September 19, 2025. (ECF Nos. 71-73).

Trial in this matter was originally scheduled for November 17, 2025. (ECF No. 65). On September 2, 2025, WSI requested an adjournment of the trial date because of the pending Motion and the jurisdictional concerns it raised, which the Court granted. (ECF No. 68). The Court initially adjourned the trial to May 11, 2026, but adjourned it further to the current date because of a scheduling conflict. (ECF No. 75).

With the trial date now less than two months away, WSI respectfully renews its request that the Court rule on the Motion at its earliest convenience. WSI raises this request mindful of the Court's extraordinarily busy docket, but notes that the approaching trial date implicates a number of pre-trial obligations under the Court's Individual Rules – including the filing of motions *in limine* and the joint pre-trial order – that WSI cannot meaningfully discharge without knowing whether the Court's ruling on the Motion may narrow or resolve the claims to be tried. Moreover, because the Motion raises a threshold question of subject matter jurisdiction, WSI respectfully submits that a resolution of the Motion prior to trial would serve the interests of judicial economy and avoid the expenditure of significant resources by the Court and the Parties on claims that may not properly be before the Court.

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, NY 10112
T: +1.212.653.8700 | F: +1.212.653.8701

sheppard.com

We deeply appreciate the Court's attention to this matter.  Should the Court find it helpful, WSI is available for a conference to discuss the status of the Motion, the approaching trial date, or any other matters of interest to the Court.

Sincerely,

*/s/ Brian Murphy*

Brian Murphy
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

SMRH:4913-3418-5920.2